IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IBRAHIM GHANEM, TASNEAM GALIAH, <br><br> PLAINTIFFS, <br><br> v. <br><br> JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> MICAH R. BROWN, FIELD OFFICE DIRECTOR, ATLANTA FIELD OFFICE, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> DEFENDANTS. | Civil Action No. <br><br> 1:25-cv-03277-TWT |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Complaint for Review Under the Administrative Procedure Act and Petition for Writ of Mandamus and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Complaint for Review Under the Administrative Procedure Act and Petition for Writ of Mandamus through and including November 14, 2025.

So Ordered this 12th day of August, 2025.

_____
HONORABLE THOMAS W. THRASH
UNITED STATES DISTRICT JUDGE